**UNITED STATES BANKRUPTCY COURT**

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

#### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

© 1993-2008 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

    2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

    3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

    Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

    Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

    A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

    **WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

_____

**X** _____

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Bryant, Major L & Willis-Bryant, Sharon D**

Printed Name(s) of Debtor(s)

**X** */s/ Major L Bryant*        **12/04/2008**

Signature of Debtor        Date

Case No. (if known) _____

**X** */s/ Sharon D Willis-Bryant*        **12/04/2008**

Signature of Joint Debtor (if any)        Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bryant, Major L** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Willis-Bryant, Sharon D** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **7264** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **1475** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**226 High Ridge Rd**<br>**Hillside, IL**<br>ZIPCODE **60162-1619** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**226 High Ridge Rd**<br>**Hillside, IL**<br>ZIPCODE **60162-1619** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address)<br>**4438 S Prescott**<br>**Apt 4c**<br>**Lyons, IL**<br>ZIPCODE **60534** | Mailing Address of Joint Debtor (if different from street address):<br>**4438 S Prescott**<br>**Apt 4c**<br>**Lyons, IL**<br>ZIPCODE **60534** |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☑ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☑ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Bryant, Major L & Willis-Bryant, Sharon D** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**ND Of IL (Husband) Ch 7 - Discharged** | Case Number:<br>**05-54035** | Date Filed:<br>**10/14/2005** |
| Location<br>Where Filed:**ND Of IL (Wife) Ch 7 - Discharged** | Case Number:<br>**03-43654** | Date Filed:<br>**10/24/2003** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X */s/ Nicolette Robovsky*               **12/04/08**<br>Signature of Attorney for Debtor(s)                Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bryant, Major L & Willis-Bryant, Sharon D** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Major L Bryant**
Signature of Debtor                                    **Major L Bryant**

X **/s/ Sharon D Willis-Bryant**
Signature of Joint Debtor                        **Sharon D Willis-Bryant**

Telephone Number (If not represented by attorney)

**December  4, 2008**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X **/s/ Nicolette Robovsky**
Signature of Attorney for Debtor(s)

**Nicolette Robovsky 6278336**
**Gleason & Gleason**
**77 W Washington, Ste 1218**
**Chicago, IL  60602**
**(312) 578-9530  Fax: (312) 578-9524**

**December  4, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                                    Case No. _____

Bryant, Major L                                                                          Chapter **13** _____
_____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Major L Bryant** _____

Date: **December  4, 2008** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                Case No. _____

**Willis-Bryant, Sharon D** _____   Chapter **13** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Sharon D Willis-Bryant** _____

Date: **December  4, 2008** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Bryant, Major L & Willis-Bryant, Sharon D                                Chapter **13**
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $          0.00 | | |
| B - Personal Property | Yes | 3 | $      40,050.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $      58,976.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $          700.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $      20,847.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $      4,192.09 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $      2,826.09 |
| TOTAL | | 19 | $      40,050.00 | $      80,523.00 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                       Case No. _____

Bryant, Major L & Willis-Bryant, Sharon D                                    Chapter **13** _____
_____
            Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 700.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **700.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 4,192.09 |
| Average Expenses (from Schedule J, Line 18) | $ | 2,826.09 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 6,075.81 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 23,976.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 700.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 20,847.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 44,823.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE Bryant, Major L & Willis-Bryant, Sharon D                                    Case No. _____
_____
                    Debtor(s)                                                                              (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | TOTAL **0.00** | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Bryant, Major L & Willis-Bryant, Sharon D**

Debtor(s)                                                                 Case No. _____

(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on Hand** | | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account with Bank of America** | H | **100.00** |
| | | **Savings Account with Oak Trust Credit Union** | J | **100.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit w/ Landlord - $783 - No value to the Debtor** | | **0.00** |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances.** | | **3,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other colletions or collectibles** | | **250.00** |
| 6. Wearing apparel. | | **Used Clothing** | | **250.00** |
| 7. Furs and jewelry. | | **Misc Costume Jewelry** | | **200.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life thru work - no cash value** | W | **0.00** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) with current employer - 100% Exempt** | W | **1,100.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Bryant, Major L & Willis-Bryant, Sharon D**                    Case No. _____

_____
Debtor(s)                                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Dodge Durango** | **J** | **17,500.00** |
|  | | **2006 Dodge Durango** | **J** | **17,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) > Cont.

IN RE **Bryant, Major L & Willis-Bryant, Sharon D**                                    Case No. _____
_____
Debtor(s)                                                                                               (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **40,050.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE Bryant, Major L & Willis-Bryant, Sharon D          Case No. _____
_____
        Debtor(s)                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on Hand** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **Checking account with Bank of America** | **735 ILCS 5 §12-1001(b)** | **100.00** | **100.00** |
| **Savings Account with Oak Trust Credit Union** | **735 ILCS 5 §12-1001(b)** | **100.00** | **100.00** |
| **Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances.** | **735 ILCS 5 §12-1001(b)** | **3,000.00** | **3,000.00** |
| **Books, Pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other colletions or collectibles** | **735 ILCS 5 §12-1001(a)** | **250.00** | **250.00** |
| **Used Clothing** | **735 ILCS 5 §12-1001(a)** | **250.00** | **250.00** |
| **Misc Costume Jewelry** | **735 ILCS 5 §12-1001(b)** | **200.00** | **200.00** |
| **401(k) with current employer - 100% Exempt** | **735 ILCS 5 §12-1006(a)** | **1,100.00** | **1,100.00** |
| **2006 Dodge Durango** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **17,500.00** |
| **2006 Dodge Durango** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **17,500.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

**IN RE** Bryant, Major L & Willis-Bryant, Sharon D                    Case No. _____

Debtor(s)                                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1002915493**<br>**Chrysler Financial**<br>**999 Oakmont Plaza Dr**<br>**Westmont, IL  60559-5563** | | H | **Installment account opened 3/07.  PMSI in 2006 Dodge Durango** | | | | 33,422.00 | 15,922.00 |
| | | | VALUE $ **17,500.00** | | | | | |
| ACCOUNT NO. **50000200664751**<br>**Hsbc Auto**<br>**6602 Convoy Ct**<br>**San Diego, CA  92111-1009** | | J | **Installment account opened 7/07.  PMSI in 2006 Dodge Durango** | | | | 25,554.00 | 8,054.00 |
| | | | VALUE $ **17,500.00** | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

_____ **0** continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ 58,976.00 | $ 23,976.00 |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ 58,976.00 | $ 23,976.00 |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Bryant, Major L & Willis-Bryant, Sharon D**                        Case No. _____
Debtor(s)                                                                 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Bryant, Major L & Willis-Bryant, Sharon D** _____ Case No. _____
<table>
<tr><td>Debtor(s)</td><td>(If known)</td></tr>
</table>

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Illinois Department Of Revenue Bankruptcy Section Lvl 7-425 100 W Randolph St Chicago, IL 60601-3218** | | J | 2007 income tax debt | | | | **700.00** | **700.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **700.00** | $ **700.00** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **700.00** | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **700.00** | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Bryant, Major L & Willis-Bryant, Sharon D**                    Case No. _____
                                      Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Americash Loan**<br>**880 Lee St Ste 302**<br>**Des Plaines, IL  60016-6487** | | J | loan | | | | 200.00 |
| ACCOUNT NO.<br><br>**Americash Loan**<br>**1117 S 1st Ave**<br>**Maywood, IL  60153-2311** | | | **Assignee or other notification for:**<br>**Americash Loan** | | | | |
| ACCOUNT NO. 33508770<br><br>**Asset Acceptance Llc**<br>**For Cottonwood Financial**<br>**PO Box 2036**<br>**Warren, MI  48090-2036** | | H | **Open account opened 6/07** | | | | 172.00 |
| ACCOUNT NO.<br><br>**Cottonwood Financial** | | | **Assignee or other notification for:**<br>**Asset Acceptance Llc** | | | | |

  **6** continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ | 372.00 |
|---|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bryant, Major L & Willis-Bryant, Sharon D**          Case No. _____
     _____Debtor(s)_____                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **78854850**<br>**Bay Area Credit Servic**<br>**2860 Zanker Rd**<br>**San Jose, CA  95134-2115** | | W | **Open account opened 8/08** | | | | 53.00 |
| ACCOUNT NO.<br>**At&T**<br>**PO Box 8100**<br>**Aurora, IL  60507-8100** | | | **Assignee or other notification for:**<br>**Bay Area Credit Servic** | | | | |
| ACCOUNT NO. **517805722701**<br>**Capital One**<br>**PO Box 85015**<br>**Richmond, VA  23285-5015** | | J | **Revolving account opened 11/06** | | | | 1,417.00 |
| ACCOUNT NO.<br>**TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross, GA  30091-5155** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |
| ACCOUNT NO. **400344700039**<br>**Capital One**<br>**PO Box 85015**<br>**Richmond, VA  23285-5015** | | W | **Revolving account opened 2/08** | | | | 849.00 |
| ACCOUNT NO.<br>**Charter One**<br>**Citizens Financial Group**<br>**1 Citizens Plz Ste 1**<br>**Providence, RI  02903-1345** | | J | **bank fees** | | | | 99.00 |
| ACCOUNT NO.<br>**Chicago Prostate Center**<br>**815 Pasquinelli Dr**<br>**Westmont, IL  60559-1276** | | J | **Medical or Dental Bill** | | | | 150.00 |

Sheet no. ___**1**___ of ___**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,568.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bryant, Major L & Willis-Bryant, Sharon D**                    Case No. _____
                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City Of Chicago Bureau Of Parking**<br>**Dept Of Revenue**<br>**121 N Lasalle St Rm 1007A**<br>**Chicago, IL 60602-1202** | | J | **parking tickets** | | | | **1,000.00** |
| ACCOUNT NO.<br>**Arnold Scott Harris, PC**<br>**600 W Jackson Blvd Ste 720**<br>**Chicago, IL 60661-5683** | | | **Assignee or other notification for:**<br>**City Of Chicago Bureau Of Parking** | | | | |
| ACCOUNT NO.<br>**Linebarger, Goggan, Blair, & Sampson LLP**<br>**Attorneys At Law**<br>**PO Box 6152**<br>**Chicago, IL 60606-0152** | | | **Assignee or other notification for:**<br>**City Of Chicago Bureau Of Parking** | | | | |
| ACCOUNT NO. 1445375913<br>**Credit Protection Asso**<br>**13355 Noel Rd Ste 2100**<br>**Dallas, TX 75240-6837** | | W | **Open account opened 1/08** | | | | **160.00** |
| ACCOUNT NO.<br>**Comcast**<br>**Attn: Bankruptcy**<br>**1500 Market St**<br>**Philadelphia, PA 19102-2100** | | | **Assignee or other notification for:**<br>**Credit Protection Asso** | | | | |
| ACCOUNT NO.<br>**Good Samaritan Hospital**<br>**3815 Highland Ave**<br>**Downers Grove, IL 60515-1500** | | H | **Medical or Dental Bill** | | | | **5,000.00** |
| ACCOUNT NO. 12200404<br>**Harris & Harris**<br>**600 W Jackson Blvd Ste 400**<br>**Chicago, IL 60661-5675** | | H | **Open account opened 12/07** | | | | **208.00** |

Sheet no. __2__ of __6__ continuation sheets attached to                                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                       (Total of this page) $ **6,368.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bryant, Major L & Willis-Bryant, Sharon D**                    Case No. _____
                        Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bethany Medical Center**<br>**5219 N Harlem Ave**<br>**Chicago, IL  60656-1803** | | | Assignee or other notification for:<br>Harris & Harris | | | | |
| ACCOUNT NO. **8316577**<br>**Harvard Collection**<br>**For Com Ed**<br>**4839 N Elston Ave**<br>**Chicago, IL  60630-2534** | | H | Notice only.  Discharged in husband's prior Ch 7.<br>Account opened 5/04 | | | | 0.00 |
| ACCOUNT NO. **512025501669**<br>**Hsbc Bank**<br>**PO Box 5253**<br>**Carol Stream, IL  60197-5253** | | H | Revolving account opened 10/07 | | | | 563.00 |
| ACCOUNT NO. **515598000065**<br>**Hsbc Bank**<br>**PO Box 5253**<br>**Carol Stream, IL  60197-5253** | | J | Revolving account opened 11/07 | | | | 461.00 |
| ACCOUNT NO. **2112110100002854**<br>**Hsbc/carsn** | | W | Revolving account opened 4/07 | | | | 97.00 |
| ACCOUNT NO.<br>**Illinois Tollway Authority**<br>**Violations**<br>**PO Box 5201**<br>**Lisle, IL  60532-5201** | | J | tolls | | | | 67.00 |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | | H | income tax debt 1995 - 2000 | | | | 9,000.00 |

Sheet no. **3** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,188.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bryant, Major L & Willis-Bryant, Sharon D**                    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Loan Shop Online** <br> **Attn: Privacy Compliance Officer** <br> **2207 Concord Pike # 505** <br> **Wilmington, DE 19803** | | J | loan | | | | 190.00 |
| ACCOUNT NO. <br> **M1Y Direct** <br> **PO Box 881574** <br> **Los Angeles, CA 90009-3004** | | J | loan | | | | 150.00 |
| ACCOUNT NO. **6028904, 6130817** <br> **Mrsi** <br> **2250 E Devon Ave Ste 352** <br> **Des Plaines, IL 60018-4511** | | W | Open account opened 1/06 | | | | 300.00 |
| ACCOUNT NO. <br> **Good Samaritan Hospital** <br> **3815 Highland Ave** <br> **Downers Grove, IL 60515-1500** | | | Assignee or other notification for: <br> Mrsi | | | | |
| ACCOUNT NO. **345081** <br> **National Credit Adjust** <br> **327 W 4th Ave** <br> **Hutchinson, KS 67501-4842** | | W | Open account opened 7/06 | | | | 183.00 |
| ACCOUNT NO. <br> **Check N Go Online** <br> **515 Financial Way** <br> **Mason, OH 45040** | | | Assignee or other notification for: <br> National Credit Adjust | | | | |
| ACCOUNT NO. **24772160458** <br> **Nuvell Credt** <br> **PO Box 1762** <br> **Greeley, CO 80632-1762** | | J | Notice only.  Discharged in prior Ch 7.  Acct opened 12/02 | | | | 0.00 |

Sheet no. ___**4**___ of ___**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 823.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Bryant, Major L & Willis-Bryant, Sharon D          Case No. _____

Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Payday Loan Store**<br>**3908 Harlem Ave**<br>**Lyons, IL  60534-1208** | | J | loan | | | | 150.00 |
| ACCOUNT NO. 6179836<br>**Professnl Acct Mgmt In**<br>**633 W Wisconsin Ave**<br>**Milwaukee, WI  53203-1918** | | H | Open account opened 9/06 | | | | 31.00 |
| ACCOUNT NO.<br>**Chex Systems**<br>**7805 Hudson Rd Ste 100**<br>**Saint Paul, MN  55125-1595** | | | Assignee or other notification for:<br>Professnl Acct Mgmt In | | | | |
| ACCOUNT NO.<br>**TCF Bank**<br>**800 Burr Ridge Pkwy**<br>**Burr Ridge, IL  60527-6486** | | | Assignee or other notification for:<br>Professnl Acct Mgmt In | | | | |
| ACCOUNT NO.<br>**Telecheck**<br>**5251 Westheimer Rd**<br>**Houston, TX  77056-5412** | | | Assignee or other notification for:<br>Professnl Acct Mgmt In | | | | |
| ACCOUNT NO. 8261720<br>**State Collection Servi**<br>**For Advocate Health Hospital**<br>**2509 S Stoughton Rd**<br>**Madison, WI  53716-3314** | | H | Open account opened 11/07 | | | | 197.00 |
| ACCOUNT NO.<br>**T Mobile**<br>**Attn Bankruptcy**<br>**PO Box 742596**<br>**Cincinnati, OH  45274-2596** | | J | notice only.  discharged in prior Ch 7. | | | | 0.00 |

Sheet no. **5** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $          378.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bryant, Major L & Willis-Bryant, Sharon D**                                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Westbury/ Loan Shop 73 Greentree Dr # 513 Dover, DE 19904-7646** | | J | loan | | | | **150.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**6**___ of ___**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **150.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **20,847.00**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Bryant, Major L & Willis-Bryant, Sharon D**                    Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Bryant, Major L & Willis-Bryant, Sharon D**                          Case No. _____
                                        Debtor(s)                                                                    (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6I (Official Form 6I) (12/07)**

IN RE **Bryant, Major L & Willis-Bryant, Sharon D**                    Case No. _____
_____
Debtor(s)                                                                                        (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Dependent** | AGE(S): **2** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager/ Field Supervisor** | **IT Specialist/ Support Analyst** |
| Name of Employer | **Securitas Security Services USA** | **Ace Hardware** |
| How long employed | **12 years** | **9 years and 6 months** |
| Address of Employer | **111 Barclay Blvd Ste 320** **Lincolnshire, IL 60069-3610** | **2200 Kensington Ct** **Oak Brook, IL 60523-2103** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 2,772.53 | 3,303.28 |
| 2. Estimated monthly overtime | $ | | |
| **3. SUBTOTAL** | $ | 2,772.53 | 3,303.28 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | $ | 474.20 | 692.94 |
| b. Insurance | $ | 231.92 | 281.50 |
| c. Union dues | $ | | |
| d. Other (specify) **Car/Home Ins** | $ | | 203.16 |
| | $ | | |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 706.12 | 1,177.60 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | 2,066.41 | 2,125.68 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | |
| 8. Income from real property | $ | | |
| 9. Interest and dividends | $ | | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | |
| 11. Social Security or other government assistance (Specify) | $ | | |
| | $ | | |
| 12. Pension or retirement income | $ | | |
| 13. Other monthly income (Specify) | $ | | |
| | $ | | |
| | $ | | |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | | |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | 2,066.41 | 2,125.68 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)        $ **4,192.09**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Bryant, Major L & Willis-Bryant, Sharon D**                    Case No. _____
_____                              _____
              Debtor(s)                                                     (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 783.00 |
|    a. Are real estate taxes included?    Yes ____  No ✓ | | |
|    b. Is property insurance included?   Yes ____  No ✓ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 123.09 |
|    b. Water and sewer | $ | |
|    c. Telephone | $ | |
|    d. Other  **Cell Phones** | $ | 150.00 |
|        **Cable And Internet** | $ | 120.00 |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 450.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 330.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | |
|    b. Life | $ | |
|    c. Health | $ | |
|    d. Auto | $ | |
|    e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) _____ | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | |
|    b. Other | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other  **Child Care** | $ | 500.00 |
|    **Personal Care And Grooming** | $ | 30.00 |
|    **Vehicle Care And Maintenance** | $ | 40.00 |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.

$ **2,826.09**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 4,192.09 |
|    b. Average monthly expenses from Line 18 above | $ | 2,826.09 |
|    c. Monthly net income (a. minus b.) | $ | 1,366.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Bryant, Major L & Willis-Bryant, Sharon D                    Case No. _____
_____
Debtor(s)                                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **21** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December  4, 2008** _____     Signature: */s/ Major L Bryant* _____
**Major L Bryant**                                                    Debtor

Date: **December  4, 2008** _____     Signature: */s/ Sharon D Willis-Bryant* _____
**Sharon D Willis-Bryant**                                   (Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                               Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                 Case No. _____

Bryant, Major L & Willis-Bryant, Sharon D                              Chapter **13** _____
                          Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **46,494.00** | **2006 Income from employment (wife)** |
| **47,219.00** | **2007 Income from employment (wife)** |
| **3,300.00** | **2008 Income from employment (monthly) (wife)** |
| **40,883.00** | **2006 Income from employment (husband)** |
| **38,775.00** | **2007 Income from employment (husband)** |
| **2,513.00** | **2008 Income from employment (monthly) (husband)** |

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Chrysler Financial**<br>**999 Oakmont Plaza Dr**<br>**Westmont, IL  60559-5563** | **Last 3 months** | **1,809.00** | **33,422.00** |
| **Hsbc Auto**<br>**6602 Convoy Ct**<br>**San Diego, CA  92111-1009** | **Last 3 months** | **1,734.00** | **25,554.00** |

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☑ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **December  4, 2008**     Signature  ***/s/ Major L Bryant***

           of Debtor                                           **Major L Bryant**

Date: **December  4, 2008**     Signature  ***/s/ Sharon D Willis-Bryant***

           of Joint Debtor                             **Sharon D Willis-Bryant**

           (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                    Case No. _____

**Bryant, Major L & Willis-Bryant, Sharon D** _____    Chapter **13** _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **38**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **December  4, 2008** _____    **/s/ Major L Bryant** _____
                                            Debtor


                                            **/s/ Sharon D Willis-Bryant** _____
                                            Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Bryant, Major L
4438 S Prescott
Apt 4c
Lyons, IL  60534

Willis-Bryant, Sharon D
4438 S Prescott
Apt 4c
Lyons, IL  60534

Gleason & Gleason
77 W Washington, Ste 1218
Chicago, IL  60602

Americash Loan
880 Lee St Ste 302
Des Plaines, IL  60016-6487

Americash Loan
1117 S 1st Ave
Maywood, IL  60153-2311

Arnold Scott Harris, PC
600 W Jackson Blvd Ste 720
Chicago, IL  60661-5683

Asset Acceptance Llc
For Cottonwood Financial
PO Box 2036
Warren, MI  48090-2036

At&T
PO Box 8100
Aurora, IL  60507-8100

Bay Area Credit Servic
2860 Zanker Rd
San Jose, CA  95134-2115

Bethany Medical Center
5219 N Harlem Ave
Chicago, IL  60656-1803

Capital One
PO Box 85015
Richmond, VA  23285-5015

Charter One
Citizens Financial Group
1 Citizens Plz Ste 1
Providence, RI  02903-1345

Check N Go Online
515 Financial Way
Mason, OH  45040

Chex Systems
7805 Hudson Rd Ste 100
Saint Paul, MN  55125-1595

Chicago Prostate Center
815 Pasquinelli Dr
Westmont, IL  60559-1276

Chrysler Financial
999 Oakmont Plaza Dr
Westmont, IL  60559-5563

City Of Chicago Bureau Of Parking
Dept Of Revenue
121 N Lasalle St Rm 1007A
Chicago, IL  60602-1202

Comcast
Attn:  Bankruptcy
1500 Market St
Philadelphia, PA  19102-2100

Credit Protection Asso
13355 Noel Rd Ste 2100
Dallas, TX  75240-6837

Good Samaritan Hospital
3815 Highland Ave
Downers Grove, IL  60515-1500

Harris & Harris
600 W Jackson Blvd Ste 400
Chicago, IL  60661-5675

Harvard Collection
For Com Ed
4839 N Elston Ave
Chicago, IL  60630-2534

Hsbc Auto
6602 Convoy Ct
San Diego, CA  92111-1009

Hsbc Bank
PO Box 5253
Carol Stream, IL  60197-5253

Illinois Department Of Revenue
Bankruptcy Section Lvl 7-425
100 W Randolph St
Chicago, IL  60601-3218

Illinois Tollway Authority
Violations
PO Box 5201
Lisle, IL  60532-5201

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA  19114-0326

Linebarger, Goggan, Blair, & Sampson LLP
Attorneys At Law
PO Box 6152
Chicago, IL  60606-0152

Loan Shop Online
Attn: Privacy Compliance Officer
2207 Concord Pike # 505
Wilmington, DE  19803

M1Y Direct
PO Box 881574
Los Angeles, CA  90009-3004

**Mrsi**
**2250 E Devon Ave Ste 352**
**Des Plaines, IL  60018-4511**

**Westbury/ Loan Shop**
**73 Greentree Dr # 513**
**Dover, DE  19904-7646**

**National Credit Adjust**
**327 W 4th Ave**
**Hutchinson, KS  67501-4842**

**Nuvell Credt**
**PO Box 1762**
**Greeley, CO  80632-1762**

**Payday Loan Store**
**3908 Harlem Ave**
**Lyons, IL  60534-1208**

**Professnl Acct Mgmt In**
**633 W Wisconsin Ave**
**Milwaukee, WI  53203-1918**

**State Collection Servi**
**For Advocate Health Hospital**
**2509 S Stoughton Rd**
**Madison, WI  53716-3314**

**T Mobile**
**Attn Bankruptcy**
**PO Box 742596**
**Cincinnati, OH  45274-2596**

**TCF Bank**
**800 Burr Ridge Pkwy**
**Burr Ridge, IL  60527-6486**

**Telecheck**
**5251 Westheimer Rd**
**Houston, TX  77056-5412**

**TSYS Debt Management**
**PO Box 5155**
**Norcross, GA  30091-5155**

### United States Bankruptcy Court
### Northern District of Illinois

**IN RE:**                                                             Case No. _____

**Bryant, Major L & Willis-Bryant, Sharon D** _____    Chapter **13** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **3,500.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **3,500.00**

2.  The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☑ Debtor   ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Litigation / Adversary Proceedings**
    **Credit Counseling Fees**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____ **December  4, 2008** _____      **/s/ Nicolette Robovsky**
Date

**Nicolette Robovsky 6278336**
**Gleason & Gleason**
**77 W Washington, Ste 1218**
**Chicago, IL  60602**
**(312) 578-9530  Fax: (312) 578-9524**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Securitas Security Services USA, Inc.**
111 BARCLAY BLVD Suite 320
LINCOLNSHIRE IL 60069

| Employee No. | Employee | | | |
|---|---|---|---|---|
| 30947 | MAJOR L BRYANT | | | |
| Main Dept. | | | | 5000973336 |
| 014C0 | | | | |
| | Period Begin | Period End | Check Date | |
| | 10-17-2008 | 10-30-2008 | 11-06-2008 | |

### Hours and Earnings

| Description/Rate | | | Hours/Units | Current |
|---|---|---|---|---|
| 2090004064 FIELD MANAGER | OT | 21.75 | 5.50 | 119.63 |
| 2090004064 FIELD MANAGER | ST | 14.50 | 80.00 | 1,160.00 |
| TOTAL HOURS AND EARNINGS | | | 85.50 | 1,279.63 |
| MLGNT | | | | 352.82 |
| TOTAL REIMBURSEMENT EARNINGS | | | | 352.82 |

### Taxes and Deductions

| Description | Current | Year-to-Date |
|---|---|---|
| PRE-TAX DEDUCTIONS | | |
| Medical | 103.70 | 2,385.10 |
| VISION | 3.34 | 76.82 |
| 401K | 38.39 | 1,027.68 |
| TOTAL PRE-TAX DEDS | 145.43 | 3,489.60 |
| TAX DEDUCTIONS | | |
| FICA-Social Security | 72.70 | 1,971.22 |
| FICA-Medicare | 17.00 | 461.01 |
| Withholding S-2 $ 0.00 | 99.75 | 3,041.39 |
| IL Withholding S-2 $ 0.00 | 29.41 | 804.22 |
| TOTAL TAX DEDS | 218.86 | 6,277.84 |
| AFTER-TAX DEDUCTIONS | | |
| Agreement | 102.30 | 2,352.90 |
| TOTAL AFTER-TAX DEDS | 102.30 | 2,352.90 |

| | Gross | Less Pre-Tax | Taxable Earn | Less Taxes | Less After-Tax | Reimb. | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 1,279.63 | 145.43 | 1,134.20 | 218.86 | 102.30 | 352.82 | 1,165.86 |
| YTD | 34,255.75 | 3,489.60 | 30,766.15 | 6,277.84 | 2,352.90 | 5,137.49 | 27,272.90 |

| Current Net Pay Distribution | |
|---|---|
| TOTAL Net Pay | 1,165.86 |
| Svgs MASTER PRI | 45.00 |
| Chkg LASALLE NA | 1,120.86 |
| Check Amount | 0.00 |

8005-1 (1/01)

THIS IS A STATEMENT OF YOUR EARNINGS AND DEDUCTIONS - PLEASE DETACH AND RETAIN FOR YOUR RECORDS

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   ■ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM. ■

**Securitas Security Services USA, Inc.**
111 BARCLAY BLVD SUITE 320
LINCOLNSHIRE IL 60069

**5000973336**

| CHECK DATE | CHECK AMOUNT |
|---|---|
| 11-06-2008 | 0.00 |

014C0     01
MAJOR L BRYANT
4438 S PRESCOTT 4C
LYONS IL 60534

## Advice Only / Non Negotiable

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK — HOLD AT AN ANGLE TO VIEW

**Securitas Security Services USA, Inc.**
111 BARCLAY BLVD SUITE 320
LINCOLNSHIRE IL 60069

| Employee No. | |
| --- | --- |
| 569471 | |

| Main Dept. | | Period Begin | Period End | Check Date |
| --- | --- | --- | --- | --- |
| 014C0 | | 09-19-2008 | 10-02-2008 | 10-09-2008 |

Check Number: 5000924524

## Hours and Earnings

| Description/Rate | | | Hours/Units | Current |
| --- | --- | --- | --- | --- |
| 2090004064 FIELD MANAGER | OT | 21.75 | 9.00 | 195.75 |
| 2090004064 FIELD MANAGER | ST | 14.50 | 65.50 | 949.75 |
| 2090011174 555 31ST STREET | ST | 14.50 | 14.50 | 210.25 |
| TOTAL HOURS AND EARNINGS | | | 89.00 | 1,355.75 |
| MLGNT | | | | 315.83 |
| TOTAL REIMBURSEMENT EARNINGS | | | | 315.83 |

## Taxes and Deductions

| Description | Current | Year-to-Date |
| --- | --- | --- |
| PRE-TAX DEDUCTIONS | | |
| Medical | 103.70 | 2,177.70 |
| VISION | 3.34 | 70.14 |
| 401K | 40.67 | 947.96 |
| TOTAL PRE-TAX DEDS | 147.71 | 3,195.80 |
| TAX DEDUCTIONS | | |
| FICA-Social Security | 77.42 | 1,819.75 |
| FICA-Medicare | 18.11 | 425.59 |
| Withholdng S-2 $ 0.00 | 110.82 | 2,827.65 |
| IL Withholdng S-2 $ 0.00 | 31.63 | 742.55 |
| TOTAL TAX DEDS | 237.98 | 5,815.54 |
| AFTER-TAX DEDUCTIONS | | |
| Agreement | 102.30 | 2,148.30 |
| TOTAL AFTER-TAX DEDS | 102.30 | 2,148.30 |

| | Gross | Less Pre-Tax | Taxable Earn | Less Taxes | Less After-Tax | Reimb. | Net Pay | Current Net Pay Distribution | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Current | 1,355.75 | 147.71 | 1,208.04 | 237.98 | 102.30 | 315.83 | 1,183.59 | TOTAL Net Pay | 1,183.59 |
| YTD | 31,598.62 | 3,195.80 | 28,402.82 | 5,815.54 | 2,148.30 | 4,445.14 | 24,884.12 | Svgs MASTER PRI | 45.00 |
| | | | | | | | | Chkg LASALLE NA | 1,138.59 |
| | | | | | | | | Check Amount | 0.00 |

9006-1 (1/01)

THIS IS A STATEMENT OF YOUR EARNINGS AND DEDUCTIONS - PLEASE DETACH AND RETAIN FOR YOUR RECORDS

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   █ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM. █

**Securitas Security Services USA, Inc.**

111 BARCLAY BLVD SUITE 320
LINCOLNSHIRE IL 60069

**5000924524**

| CHECK DATE | CHECK AMOUNT |
| --- | --- |
| 10-09-2008 | 0.00 |

014C0     01
MAJOR L BRYANT
4438 S PRESCOTT 4C
LYONS IL 60534

## Advice Only / Non Negotiable

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.     HOLD AT AN ANGLE TO SEE THE WATERMARK.

**Securitas Security Services USA, Inc.**
111 BARCLAY BLVD SUITE 320
LINCOLNSHIRE IL 60069

| | |
|---|---|
| Employee Id | 569471 |
| Employee Name | BRYANT |
| Social Security No. | XXX-XX-7246 |
| Check Number | 5000948914 |
| Main Dept. | 014C0 |
| Period Begin | 10-03-2008 |
| Period End | 10-16-2008 |
| Check Date | 10-23-2008 |

## Hours and Earnings

| Description/Rate | | | Hours/Units | Current |
|---|---|---|---|---|
| 2090001618 SYNNEX | ST | 14.50 | 1.00 | 14.50 |
| 2090004064 FIELD MANAGER | OT | 21.75 | 10.00 | 217.50 |
| 2090004064 FIELD MANAGER | ST | 14.50 | 79.00 | 1,145.50 |
| TOTAL HOURS AND EARNINGS | | | 90.00 | 1,377.50 |
| MLGNT | | | | 339.53 |
| TOTAL REIMBURSEMENT EARNINGS | | | | 339.53 |

## Taxes and Deductions

| Description | Current | Year-to-Date |
|---|---|---|
| PRE-TAX DEDUCTIONS | | |
| Medical | 103.70 | 2,281.40 |
| VISION | 3.34 | 73.48 |
| 401K | 41.33 | 989.29 |
| TOTAL PRE-TAX DEDS | 148.37 | 3,344.17 |
| TAX DEDUCTIONS | | |
| FICA-Social Security | 78.77 | 1,898.52 |
| FICA-Medicare | 18.42 | 444.01 |
| Withholdng S-2 $ 0.00 | 113.99 | 2,941.64 |
| IL Withholdng S-2 $ 0.00 | 32.26 | 774.81 |
| TOTAL TAX DEDS | 243.44 | 6,058.98 |
| AFTER-TAX DEDUCTIONS | | |
| Agreement | 102.30 | 2,250.60 |
| TOTAL AFTER-TAX DEDS | 102.30 | 2,250.60 |

| | Gross | Less Pre-Tax | Taxable Earn | Less Taxes | Less After-Tax | Reimb. | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 1,377.50 | 148.37 | 1,229.13 | 243.44 | 102.30 | 339.53 | 1,222.92 |
| YTD | 32,976.12 | 3,344.17 | 29,631.95 | 6,058.98 | 2,250.60 | 4,784.67 | 26,107.04 |

### Current Net Pay Distribution

| | |
|---|---|
| TOTAL Net Pay | 1,222.92 |
| Svgs MASTER PRI | 45.00 |
| Chkg LASALLE NA | 1,177.92 |
| Check Amount | 0.00 |

8006-1 (1/01)

THIS IS A STATEMENT OF YOUR EARNINGS AND DEDUCTIONS - PLEASE DETACH AND RETAIN FOR YOUR RECORDS

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. ■ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**Securitas Security Services USA, Inc.**
111 BARCLAY BLVD SUITE 320
LINCOLNSHIRE IL 60069

**5000948914**

| CHECK DATE | CHECK AMOUNT |
|---|---|
| 10-23-2008 | 0.00 |

014C0    01
MAJOR L BRYANT
4438 S PRESCOTT 4C
LYONS IL 60534

# Advice Only / Non Negotiable

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK

**Securitas Security Services USA, Inc.**
111 BARCLAY BLVD SUITE 320
LINCOLNSHIRE IL 60069

| Employee No. | Employee Name | | Social Security No. | Check Number |
|---|---|---|---|---|
| 569471 | MAJOR L BRYANT | | XXX-XX-7246 | 1001112741 |
| Main Dept. | | | | |
| 014C0 | | Period Begin | Period End | Check Date |
| | | 09-19-2008 | 10-02-2008 | 10-01-2008 |

### Hours and Earnings

| Description/Rate | | | Hours/Units | Current |
|---|---|---|---|---|
| 09-05-2008 09-11-2008 | | | | |
| 2090004064 FIELD MANAGER | OT | 21.75 | 1.50 | 32.63 |
| 2090004064 FIELD MANAGER | ST | 14.50 | 36.00 | 522.00 |
| TOTAL HOURS AND EARNINGS | | | 37.50 | 554.63 |

### Taxes and Deductions

| Description | Current | Year-to-Date |
|---|---|---|
| PRE-TAX DEDUCTIONS | | |
| Medical | 0.00 | 2,074.00 |
| VISION | 0.00 | 66.80 |
| 401K | 16.64 | 907.29 |
| TOTAL PRE-TAX DEDS | 16.64 | 3,048.09 |
| TAX DEDUCTIONS | | |
| FICA-Social Security | 34.39 | 1,742.33 |
| FICA-Medicare | 8.04 | 407.48 |
| Withholdng S-2 $ 0.00 | 16.68 | 2,716.83 |
| IL Withholdng S-2 $ 0.00 | 11.52 | 710.92 |
| TOTAL TAX DEDS | 70.63 | 5,577.56 |
| AFTER-TAX DEDUCTIONS | | |
| Agreement | 0.00 | 2,046.00 |
| TOTAL AFTER-TAX DEDS | 0.00 | 2,046.00 |

| | Gross | Less Pre-Tax | Taxable Earn | Less Taxes | Less After-Tax | Reimb. | Net Pay | Current Net Pay Distribution | |
|---|---|---|---|---|---|---|---|---|---|
| Current | 554.63 | 16.64 | 537.99 | 70.63 | 0.00 | 0.00 | 467.36 | TOTAL Net Pay | 467.36 |
| YTD | 30,242.87 | 3,048.09 | 27,194.78 | 5,577.56 | 2,046.00 | 4,129.31 | 23,700.53 | Check Amount | 467.36 |

8005-1 (1/01)

THIS IS A STATEMENT OF YOUR EARNINGS

**Securitas Security Services USA, Inc.**
111 BARCLAY BLVD SUITE 320
LINCOLNSHIRE IL 60069

| | | |
|---|---|---|
| 569471 | | 5000851449 |
| Main Dept. | Period Begin | Check Date |
| 014C0 | 08-08-2008 | 08-28-2008 |
| | 08-21-2008 | |

## Hours and Earnings

| Description/Rate | Hours/Units | Current |
|---|---|---|
| 2090002117 DOWNERS GROVE    VAC  14.50 | 80.00 | 1,160.00 |
| TOTAL HOURS AND EARNINGS | 80.00 | 1,160.00 |

## Taxes and Deductions

| Description | Current | Year-to-Date |
|---|---|---|
| PRE-TAX DEDUCTIONS | | |
| Medical | 103.70 | 1,866.60 |
| VISION | 3.34 | 60.12 |
| 401K | 34.80 | 845.73 |
| TOTAL PRE-TAX DEDS | 141.84 | 2,772.45 |
| TAX DEDUCTIONS | | |
| FICA-Social Security | 65.28 | 1,628.37 |
| FICA-Medicare | 15.27 | 380.83 |
| Withholdng S-2 $  0.00 | 82.34 | 2,650.37 |
| IL Withholdng S-2 $  0.00 | 25.93 | 671.48 |
| TOTAL TAX DEDS | 188.82 | 5,331.05 |
| AFTER-TAX DEDUCTIONS | | |
| Agreement | 102.30 | 1,841.40 |
| TOTAL AFTER-TAX DEDS | 102.30 | 1,841.40 |

| | Gross | Less Pre-Tax | Taxable Earn | Less Taxes | Less After-Tax | Reimb. | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 1,160.00 | 141.84 | 1,018.16 | 188.82 | 102.30 | 0.00 | 727.04 |
| YTD | 28,190.74 | 2,772.45 | 25,418.29 | 5,331.05 | 1,841.40 | 3,859.44 | 22,105.28 |

| Current Net Pay Distribution | |
|---|---|
| TOTAL Net Pay | 727.04 |
| Svgs MASTER PRI | 45.00 |
| Chkg LASALLE NA | 682.04 |
| Check Amount | 0.00 |

© 8006-1 (1/01)

THIS IS A STATEMENT OF YOUR EARNINGS AND DEDUCTIONS - PLEASE DETACH AND RETAIN FOR YOUR RECORDS

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.  ■ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**Securitas Security Services USA, Inc.**
111 BARCLAY BLVD SUITE 320
LINCOLNSHIRE IL 60069

5000851449

| CHECK DATE | CHECK AMOUNT |
|---|---|
| 08-28-2008 | 0.00 |

014C0    01
MAJOR L BRYANT
4438 S PRESCOTT 4C
LYONS IL 60534

## Advice Only / Non Negotiable

THIS DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT:

**ACE Hardware®**

## ACE HARDWARE CORPORATION
2200 KENSINGTON COURT
OAKBROOK, ILLINOIS 60523-2100

CHECK NO: A379454
CHECK DATE: 09/15/08
PERIOD ENDING: 09/15/08
PAY FREQUENCY: SEMIMONTHLY

BRYANT, SHARON
226 N HIGHRIDGE RD.
HILLSIDE, IL 60162

ID NUMBER: 1G19174043
BASE RATE: 1791.67
SSN: XXX-XX-1475

**STATUS** SINGLE
**EXEMPT** 02    00

**TAX ADJUSTMENTS**
FED:
DI/UC:
LOCAL:
ST:

FED: 02
ST1:
ST2:

**STATE AND LOCAL CODES**
PRI: IL    LOC1:    LOC3:
SEC:    LOC2:    LOC4:
LOC5:

**IMPORTANT MESSAGE**

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGULAR | 86.67 | 1791.67 | 1473.39 | 29991.70 |
| BONUS | | | | 2981.06 |
| | | | | |
| TOTAL H/E | 86.67 | 1791.67 | 1473.39 | 32972.76 |

**PRE-TAX ITEMS**

| | | |
|---|---|---|
| DENTAL | 7.64- | 129.88- |
| PRE-TAX MED | | 2250.63- |
| 401K | 132.39- | 143.34- |
| | | |
| TOTAL PRE-TAX | 140.03- | 2523.85- |

| | GROSS | CURRENT | TAXABLE WAGES | |
|---|---|---|---|---|
| TOTAL | 86.67 | 1651.64 | 1473.39 | 30448.91 |
| CURRENT | | 1651.64 | | |
| Y-T-D | 30448.91 | | | |
| | | 30448.91 | | |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 102.44 | 1897.41 |
| MEDICARE TAX | 23.96 | 443.75 |
| FED INC TAX | 171.50 | 3569.27 |
| PRI-STATE TAX | 49.57 | 913.82 |
| | | |
| TOTAL TAXES | 347.47 | 6824.25 |

**AFTER-TAX DEDUCTIONS**

| | | |
|---|---|---|
| MET AUTO HOME | 101.58 | 1696.95 |
| 401K LOAN 1 | 22.64 | 384.88 |
| GARNISHMENT | | 1080.45 |

| | LESS TAXES | TOTAL PER DED | LESS DEDS | EO NET PAY |
|---|---|---|---|---|
| | | 124.22 | | 3161.88 |
| | 347.47 | 124.22 | | 1179.95 |
| | 6824.25 | | 3161.88 | 29486.78 |

### SPECIAL INFORMATION

TERM LIFE INS
YTD TERM LIFE INS    .?
11.2?

**CURRENT NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| S XXXXXXXX8007 | 50.00 | |
| S X0148 | 5.00 | |
| S XXXXXX9280 | 25.00 | |
| C XXXXXXXXXXX1475 | 16.67 | |
| C XXXXX2837 | 1083.28 | |
| CHECK AMOUNT | .00 | |

TOTAL CURRENT NET PAY    1179.95

---

**ACE Hardware®**

## ACE HARDWARE CORPORATION
2200 KENSINGTON COURT
OAKBROOK, ILLINOIS 60523-2100

DATE: 09-15-08    CHECK NO: A379454

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

BRYANT, SHARON
226 N HIGHRIDGE RD.
HILLSIDE, IL 60162

NOT NEGOTIABLE

C16-1

WATERMARK & DO NOT ACCEPT WITHOUT HOLD TO LIGHT



# ACE HARDWARE CORPORATION
## 2200 KENSINGTON COURT
## OAKBROOK, ILLINOIS 60523-2100

| CHECK NO: | A380629 |
|---|---|
| CHECK DATE: | 09/30/08 |
| PERIOD ENDING: | 09/30/08 |
| PAY FREQUENCY: | SEMIMONTHLY |

BRYANT, SHARON
226 N HIGHRIDGE RD.
HILLSIDE, IL 60162

ID NUMBER: 1G19174043
BASE RATE:   1791.67
SSN:XXX-XX-1475

STATUS EXEMPT
SINGLE   02
         00

| TAX ADJUSTMENTS | | |
|---|---|---|
| FED: ST1: | FED: | ST: |
| ST2: | DI/UC: | |
| | LOCAL: | |

STATE AND LOCAL CODES
PRI: IL  LOC1:   LOC3
SEC:     LOC2:   LOC4
                 LOC5

### IMPORTANT MESSAGE

## HOURS AND EARNINGS

| DESCRIPTION | HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGULAR | 86.67 | 1791.67 | 1560.06 | 34764.43 |
| BONUS | | | | 31783.37 |
| | | | | 2981.06 |
| | | | | |
| TOTAL H/E | 86.67 | 1791.67 | 1560.06 | 34764.43 |

## PRE-TAX ITEMS
| DENTAL | | 7.64- | | 137.52- |
| PRE-TAX MED | | 132.39- | | 2383.02- |
| 401K | | | | 143.34- |
| | | | | |
| TOTAL PRE-TAX | | 140.03- | | 2663.88- |
| TOTAL | 86.67 | 1651.64 | 1560.06 | 32100.55 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 102.45 | 1999.86 |
| MEDICARE TAX | 23.96 | 467.71 |
| FED INC TAX | 171.50 | 3740.77 |
| PRI-STATE TAX | 49.57 | 963.39 |
| | | |
| TOTAL TAXES | 347.48 | 7171.73 |

### AFTER-TAX DEDUCTIONS
| MET AUTO HOME | 101.58 | 1798.13 |
| 401K LOAN 1 | 22.64 | 407.52 |
| GARNISHMENT | | 1080.45 |

## SPECIAL INFORMATION
TERM LIFE INS
YTD TERM LIFE INS                     11.

### CURRENT NET PAY DISTRIBUTION
| S XXXXXXXX6007 | 50.00 |
| S X0148 | 5.00 |
| C XXXXXX9280 | 25.00 |
| C XXXXXXXXXX1475 | 16.67 |
| C XXXXX2837 | 1083.27 |
| CHECK AMOUNT | .00 |

| | GROSS | TAXABLE WAGES | LESS TAXES | TOTAL PER DED LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|
| CURRENT | 1651.64 | 1651.64 | 347.48 | 124.22 | 3286.10 |
| Y-T-D | 32100.55 | 32100.55 | 7171.73 | 124.22 | 1179.94 |
| | | | | 3286.10 | 21642.72 |

TOTAL CURRENT NET PAY   1179.94



# ACE HARDWARE CORPORATION
## 2200 KENSINGTON COURT
## OAKBROOK, ILLINOIS 60523-2100

DATE: 09-30-08          CHECK NO: A380629          C16-1

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

BRYANT, SHARON
226 N HIGHRIDGE RD.
HILLSIDE,IL 60162

NOT NEGOTIABLE

WATERMARK - DO NOT ACCEPT WITHOUT HOLDING AT

# ACE Hardware

**ACE HARDWARE CORPORATION**
2200 KENSINGTON COURT
OAKBROOK, ILLINOIS 60523-2100

CHECK NO:        A381803
CHECK DATE:      10/15/08
PERIOD ENDING:   10/15/08
PAY FREQUENCY:   SEMIMONTHLY

BRYANT, SHARON
226 N HIGHRIDGE RD.
HILLSIDE, IL 60162

ID NUMBER: IG19174043   FED: SINGLE   STATUS: 02   EXEMPT: 00
BASE RATE: 1791.67   ST1:
SSN:XXX-XX-1475   ST2:

TAX ADJUSTMENTS
FED:
DI/UC:        ST:
LOCAL:

STATE AND LOCAL CODES
PRI: IL   LOC1:        LOC3:
SEC:      LOC2:        LOC4:
                       LOC5:

## IMPORTANT MESSAGE

## HOURS AND EARNINGS

| DESCRIPTION | HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR | 86.67 | 1791.67 | 1646.73 | 33575.04 |
| BONUS | | | | 2981.06 |
| | | | | |
| | | | | |
| TOTAL H/E | 86.67 | 1791.67 | 1646.73 | 36556.10 |
| PRE-TAX ITEMS | | | | |
| DENTAL | | 7.64- | | 145.16- |
| PRE-TAX MED | | 132.39- | | 2515.41- |
| 401K | | | | 143.34- |
| | | | | |
| | | | | |
| TOTAL PRE-TAX | | 140.03- | | 2803.91- |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 102.44 | 2102.30 |
| MEDICARE TAX | 23.96 | 491.67 |
| FED INC TAX | 171.50 | 3912.27 |
| PRI-STATE TAX | 49.57 | 1012.96 |
| | | |
| TOTAL TAXES | 347.47 | 7519.20 |
| AFTER-TAX DEDUCTIONS | | |
| NET AUTO HOME | 101.58 | 1899.71 |
| 401K LOAN 1 | 22.84 | 430.16 |
| GARNISHMENT | | 1080.45 |

## SPECIAL INFORMATION

TERM LIFE INS
YTD TERM LIFE INS                    12.

### CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| S  XXXXXXXXX6007 | 50.00 |
| S  X0148 | 5.00 |
| S  XXXXXX9280 | 25.00 |
| C  XXXXXXXXXXXXX1475 | 16.67 |
| C  XXXXX2837 | 1083.28 |
| CHECK AMOUNT | .00 |

| | GROSS | TAXABLE WAGES | LESS TAXES | LESS DEDS | TOTAL PER DED | NET PAY |
|---|---|---|---|---|---|---|
| TOTAL | 86.67   1651.64 | 1648.73 | | | 124.22   3410.32 | |
| CURRENT | 1651.64 | 1651.64 | 347.47 | | 124.22 | 1178.95 |
| Y-T-D | 33752.19 | 33752.19 | 7519.20 | | 3410.32 | 22822.67 |

TOTAL CURRENT NET PAY          1178.95

---

# ACE Hardware

**ACE HARDWARE CORPORATION**
2200 KENSINGTON COURT
OAKBROOK, ILLINOIS 60523-2100

DATE: 10-15-08        CHECK NO: A381803

C16-1

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

BRYANT, SHARON
226 N HIGHRIDGE RD.
HILLSIDE, IL 60162                    NOT NEGOTIABLE

# ACE Hardware

### ACE HARDWARE CORPORATION
2200 KENSINGTON COURT
OAKBROOK, ILLINOIS 60523-2100

| | |
|---|---|
| CHECK NO: | A382981 |
| CHECK DATE: | 10/31/08 |
| PERIOD ENDING: | 10/31/08 |
| PAY FREQUENCY: | SEMIMONTHLY |

BRYANT, SHARON
226 N HIGHRIDGE RD.
HILLSIDE, IL 60162

| ID NUMBER: 1G19174043 | FED: | STATUS | EXEMPT | TAX ADJUSTMENTS | | STATE AND LOCAL CODES |
|---|---|---|---|---|---|---|
| BASE RATE: 1791.67 | ST1: | SINGLE | 02 | FED: | ST: | PRI: IL  LOC1:  LOC3 |
| SSN:XXX-XX-1475 | ST2: | | 00 | DI/UC: | | SEC:  LOC2:  LOC4 |
| | | | | LOCAL: | | LOC5 |

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGULAR | 86.67 | 1791.67 | 1733.40 | 35366.71 |
| BONUS | | | | 2981.06 |
| | | | | |
| TOTAL H/E | 86.67 | 1791.67 | 1733.40 | 38347.77 |

### PRE-TAX ITEMS

| | | | | |
|---|---|---|---|---|
| DENTAL | | 7.64- | | 152.80- |
| 401K | | 132.39- | | 2647.80- |
| | | | | 143.34- |
| TOTAL PRE-TAX | | 140.03- | | 2943.94- |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 102.48 | 2204.75 |
| MEDICARE TAX | 23.96 | 515.63 |
| FED INC TAX | 171.50 | 4083.77 |
| PRI-STATE TAX | 49.57 | 1062.53 |
| | | |
| TOTAL TAXES | 347.48 | 7866.68 |

### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| NET AUTO HOME | 102.50 | 2002.21 |
| 401K LOAN 1 | 22.64 | 482.80 |
| GARNISHMENT | | 1080.45 |

### SPECIAL INFORMATION

| | | |
|---|---|---|
| TERM LIFE INS | | |
| YTD TERM LIFE INS | | 13. |

### CURRENT NET PAY DISTRIBUTION

| | | |
|---|---|---|
| S XXXXXXXXX6007 | 50.00 | |
| S XO148 | 5.00 | |
| S XXXXXX9280 | 25.00 | |
| C XXXXXXXXXXXXX1475 | 16.67 | |
| C XXXXX2837 | 1082.35 | |
| CHECK AMOUNT | .00 | |

| | GROSS | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY | TOTAL PER DED 125.14 |
|---|---|---|---|---|---|---|
| CURRENT | 1651.64 | 1651.64 | 347.48 | 125.14 | 1179.02 | |
| Y-T-D | 35403.83 | 35403.83 | 7866.68 | 3535.48 | 24001.69 | TOTAL CURRENT NET PAY 1179.02 |

---

# ACE Hardware

### ACE HARDWARE CORPORATION
2200 KENSINGTON COURT
OAKBROOK, ILLINOIS 60523-2100

DATE: 10-31-08          CHECK NO: A382981

C16-1

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

BRYANT, SHARON
226 N HIGHRIDGE RD.
HILLSIDE, IL 60162

NOT NEGOTIABLE

Form **1040EZ**

Department of the Treasury - Internal Revenue Service

**Income Tax Return for Single and Joint Filers With No Dependents** **2007**

OMB No. 1545-0074

**Label** (See page 8.)

Use the IRS label. Otherwise, please print or type.

| L A B E L | Your first name and initial: major | Last name: bryant | Your social security number: 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 |
| H E R E | If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | Home address (number and street). If you have a P.O. box, see page 9.  8016 edgewater road | | Apt. no. |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see page 9.  Chicago          IL   60646 | | |

▲ **You must enter your SSN(s) above.** ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** (page 9)

Check here if you, or your spouse if a joint return, want $3 to go to this fund · · · · · · ▶ [X] You    ___ Spouse

**Income**

Attach Form(s) W-2 here.

Enclose, but do not attach, any payment.

| 1 | Wages, salaries, and tips. This should be shown in box 1 of your Form(s) W-2. Attach your Form(s) W-2. | 1 | 38,775 |
| 2 | Taxable interest. If the total is over $1,500, you cannot use Form 1040EZ. | 2 | |
| 3 | Unemployment compensation and Alaska Permanent Fund dividends (see page 10). | 3 | |
| 4 | Add lines 1, 2, and 3. This is your **adjusted gross income.** | 4 | 38,775 |
| 5 | If someone can claim you (or your spouse if a joint return) as a dependent, check the applicable box(es) below and enter the amount from the worksheet on page 2.  ___ **You** ___ **Spouse**  If no one can claim you (or your spouse if a joint return), enter $8,750 if **single;** $17,500 if **married filing jointly.** See page 2 for explanation. | 5 | 8,750 |
| 6 | Subtract line 5 from line 4. If line 5 is larger than line 4, enter -0-. This is your **taxable income.** ▶ | 6 | 30,025 |

**Payments and tax**

| 7 | Federal income tax withheld from box 2 of your Form(s) W-2. | 7 | 3,877 |
| 8a | **Earned income credit (EIC).** | 8a | |
| b | Nontaxable combat pay election. | 8b | |
| 9 | Add lines 7 and 8a. These are your **total payments.** ▶ | 9 | 3,877 |
| 10 | **Tax.** Use the amount on **line 6 above** to find your tax in the tax table on pages 18-26 of the booklet. Then, enter the tax from the table on this line. | 10 | 4,113 |

**Refund**

Have it directly deposited! See page 15 and fill in 11b, 11c, and 11d or Form 8888.

| 11a | If line 9 is larger than line 10, subtract line 10 from line 9. This is your **refund.** If Form 8888 is attached, check here ▶ ___ | 11a | |

▶ b Routing number _____   ▶ c Type: ___ Checking   ___ Savings

▶ d Account number _____

**Amount you owe**

| 12 | If line 10 is larger than line 9, subtract line 9 from line 10. This is the **amount you owe.** For details on how to pay, see page 16. ▶ | 12 | 236 |

**Third party designee**

Do you want to allow another person to discuss this return with the IRS (see page 16)?   ___ **Yes. Complete the following.**   [X] **No**

Designee's name ▶          Phone no. ▶          Personal identification number (PIN) ▶

**Sign here**

Joint return? See page 6.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return, and to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number  708-323-7462 |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |

**Paid preparer's use only**

| Preparer's signature ▶ | Date  04-14-2008 | Check if self-employed [X] | Preparer's SSN or PTIN  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 |
| Firm's name (or yours if self-employed), address, and ZIP code | MURPHY'S TAX ACCOUNTING SERVICE  3333 W. ARTHINGTON ST STE 219  Chicago          IL   60624 | EIN  36-3649578 | |
| | | Phone no.  773-638-1262 | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 32.

EEA

Form **1040EZ** (2007)

Form **1040EZ**

Department of the Treasury - Internal Revenue Service

**Income Tax Return for Single and Joint Filers With No Dependents**    (99)    **2006**

OMB No. 1545-0074

| **Label** (See page 11.) Use the IRS label. Otherwise, please print or type. | L A B E L H E R E | Your first name and initial  major    Last name  bryant | Your social security number  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 |
| | | If a joint return, spouse's first name and initial | Spouse's social security number |
| | | Home address (number and street). If you have a P.O. box, see page 11.   Apt. no.  8016 edgewater road | ▲ **You must enter your SSN(s) above.** ▲ |
| | | City, town or post office, state, and ZIP code. If you have a foreign address, see page 11.  Chicago              IL    60646 | Checking a box below will not change your tax or refund. |

**Presidential Election Campaign** (page 11) ▶   Check here if you, or your spouse if a joint return, want $3 to go to this fund · · · · · · · ▶  ☒ You    Spouse

| **Income**  Attach Form(s) W-2 here.  Enclose, but do not attach, any payment. | **1** Wages, salaries, and tips. This should be shown in box 1 of your Form(s) W-2. Attach your Form(s) W-2. | **1** | 40,883 |
| | **2** Taxable interest. If the total is over $1,500, you cannot use Form 1040EZ. | **2** | |
| | **3** Unemployment compensation and Alaska Permanent Fund dividends (see page 13). | **3** | |
| | **4** Add lines 1, 2, and 3. This is your **adjusted gross income.** | **4** | 40,883 |
| | **5** If someone can claim you (or your spouse if a joint return) as a dependent, check the applicable box(es) below and enter the amount from the worksheet on page 2.  ☐ **You**  ☐ **Spouse**  If no one can claim you (or your spouse if a joint return), enter $8,450 if **single**; $16,900 if **married filing jointly.** See page 2 for explanation. | **5** | 8,450 |
| | **6** Subtract line 5 from line 4. If line 5 is larger than line 4, enter -0-. This is your **taxable income.**  ▶ | **6** | 32,433 |
| **Payments and tax** | **7** Federal income tax withheld from box 2 of your Form(s) W-2. | **7** | 4,511 |
| | **8a** Earned income credit (EIC). | **8a** | |
| | **b** Nontaxable combat pay election.  **8b** | | |
| | **9** Credit for federal telephone excise tax paid. Attach Form 8913 if required. | **9** | 30 |
| | **10** Add lines 7, 8a, and 9. These are your **total payments.**  ▶ | **10** | 4,541 |
| | **11 Tax.** Use the amount on **line 6 above** to find your tax in the tax table on pages 24-32 of the booklet. Then, enter the tax from the table on this line. | **11** | 4,664 |
| **Refund**  Have it directly deposited! See page 18 and fill in 12b, 12c, and 12d or Form 8888. | **12a** If line 10 is larger than line 11, subtract line 11 from line 10. This is your **refund.** If Form 8888 is attached, check here  ▶ | **12a** | |
| | ▶ **b** Routing number                    ▶ **c** Type:  ☐ Checking  ☐ Savings | | |
| | ▶ **d** Account number | | |
| **Amount you owe** | **13** If line 11 is larger than line 10, subtract line 10 from line 11. This is the **amount you owe.** For details on how to pay, see page 19.  ▶ | **13** | 123 |
| **Third party designee** | Do you want to allow another person to discuss this return with the IRS (see page 20)?  ☐ **Yes.** Complete the following.  ☒ **No**  Designee's name                Phone no.            Personal identification number (PIN) | | |
| **Sign here**  Joint return? See page 11.  Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return, and to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.  Your signature        Date    Your occupation    Daytime phone number  708-323-7462  Spouse's signature. If a joint return, **both** must sign.    Date    Spouse's occupation | | |
| **Paid preparer's use only** | Preparer's signature                  Date  04-11-2007   Check if self-employed ☒  Preparer's SSN or PTIN  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  Firm's name (or yours if self-employed), address, and ZIP code  MURPHY'S TAX ACCOUNTING SERVICE  3333 W. ARTHINGTON ST STE 219  Chicago              IL    60624   EIN  36-3649578  Phone no. 773-638-1262 | | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 22.    EEA    Form **1040EZ** (2006)

```
        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 30200512 R1 BRYA   SP SSN:  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      F1040A 1 of 4

FILING STATUS: Head of Household

THIRD PRTY IND: 0

DEPENDENTS:
1 SSN: 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 BRYA


                                EXEMPTIONS: 02
                                              PER RETURN
 LN 7       WAGES                                  31,226
 LN 8a      TAXABLE INTEREST                            0
 LN 8b      TAX-EXEMPT INTEREST                         0
 LN 9a      ORDINARY DIVIDENDS                          0
 LN 9b      QUALIFIED DIVIDENDS                         0
 LN 10      CAPITAL GAIN DISTRIBUTIONS                  0
 LN 11a     TOTAL IRA DISTRIBUTIONS                     0
 LN 11b     TAXABLE IRA DISTRIBUTIONS                   0
```

```
        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 30200512 R2 BRYA   SP SSN: 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      F1040A  2 of 4
                                        PER RETURN
 LN 12a     TOTAL PENSIONS AND ANNUITIES               0
 LN 12b     TAXABLE PENSIONS AND ANNUITIES             0
 LN 13      UNEMPLOYMENT COMPENSATION                  0
 LN 14a     TOTAL SOCIAL SECURITY BENEFITS             0
 LN 14b     TAXABLE SOCIAL SECURITY BENEFITS           0
 LN 15      TOTAL INCOME                          31,226
 LN 16      EDUCATOR EXPENSES                          0
 LN 17      IRA DEDUCTION                              0
 LN 18      STUDENT LOAN INTEREST DEDUCTION            0
 LN 19      TUITION AND FEES DEDUCTION                 0
 LN 20      TOTAL ADJUSTMENTS                          0
 LN 21      ADJUSTED GROSS INCOME                 31,226.00

 LN 27      TAXABLE INCOME                        17,526.00
 LN 28      TENTATIVE TAX                          2,106.00

 LN 29      CHILD CARE CREDIT                          0.00
```

Ace Hardware Corp    11/14/2008 9:16:05 AM   PAGE   6/006   Fax Server

```
       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 30200512 R3 BRYA    SP SSN: 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        F1040A  3 of 4
                                            PER RETURN
  LN 30   CREDIT FOR THE ELDERLY                   0.00
  LN 31   EDUCATION CREDIT:  F8863                  0.00

  LN 32   RETIREMENT SAVINGS CNTRB CREDIT          0.00
          PRIM RET SAV CNTRB: F8880 LN 6a            0
          SEC RET SAV CNTRB:  F8880 LN 6b            0
  LN 33   CHILD TAX CREDIT                      1,000.00

  LN 34   ADOPTION CREDIT: F8839                   0.00
  LN 35   TOTAL CREDITS                        1,000.00

  LN 37   ADVANCED EARNED INCOME                   0.00
  LN 38   TOTAL TAX LIABILITY  TP FIGURES      1,106.00

  LN 39   FEDERAL WITHHOLDING                   2,302.00
  LN 40   ESTIMATED TAX PAYMENTS                   0.00
```

```
       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 30200512 R4 BRYA    SP SSN: 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        F1040A  4 of 4
                                            PER RETURN
  LN 41a  EARNED INCOME CREDIT                     0.00

          EIC PRIOR YEAR EARNED INCM AMT           0.00
  LN 41b  NON TXBL COMBAT PAY ELECTION             0.00
          NON TXBL COMBAT PAY: F8812 LN 4b         0.00
          TOT SS/MED WTHLD: F8812 LN 7             0.00
          F8812 PRIOR YR EARNED INCM               0.00
  LN 42   ADDITIONAL CHILD TAX CR: F8812           0.00

  LN 43   TOTAL PAYMENTS                       2,302.00
  LN 45a  REFUND AMOUNT                        1,196.00
  LN 46   APPLIED TO 2008 ESTIMATED TAX            0.00
  LN 47   AMOUNT DUE

  LN 48   ESTIMATED TAX PENALTY                    0.00
```

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 30200412 R1 BRYA    SP SSN: 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      F1040A 1 of 4

FILING STATUS: Single

THIRD PRTY IND: 0

DEPENDENTS:
1 SSN: 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 BRYA

EXEMPTIONS: 02

| LN | | PER RETURN |
|----|-----------------------------|--------|
| LN 7 | WAGES | 27,826 |
| LN 8a | TAXABLE INTEREST | 0 |
| LN 8b | TAX-EXEMPT INTEREST | 0 |
| LN 9a | ORDINARY DIVIDENDS | 0 |
| LN 9b | QUALIFIED DIVIDENDS | 0 |
| LN 10 | CAPITAL GAIN DISTRIBUTIONS | 0 |
| LN 11a | TOTAL IRA DISTRIBUTIONS | 0 |
| LN 11b | TAXABLE IRA DISTRIBUTIONS | 0 |

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 30200412 R2 BRYA    SP SSN: 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      F1040A 2 of 4

| LN | | PER RETURN |
|----|-----------------------------------|-----------|
| LN 12a | TOTAL PENSIONS AND ANNUITIES | 0 |
| LN 12b | TAXABLE PENSIONS AND ANNUITIES | 0 |
| LN 13 | UNEMPLOYMENT COMPENSATION | 0 |
| LN 14a | TOTAL SOCIAL SECURITY BENEFITS | 0 |
| LN 14b | TAXABLE SOCIAL SECURITY BENEFITS | 0 |
| LN 15 | TOTAL INCOME | 27,826 |
| LN 16 | EDUCATOR EXPENSES | 0 |
| LN 17 | IRA DEDUCTION | 0 |
| LN 18 | STUDENT LOAN INTEREST DEDUCTION | 0 |
| LN 19 | TUITION AND FEES DEDUCTION | 0 |
| LN 20 | TOTAL ADJUSTMENTS | 0 |
| LN 21 | ADJUSTED GROSS INCOME | 27,826.00 |
| LN 27 | TAXABLE INCOME | 16,776.00 |
| LN 28 | TENTATIVE TAX | 2,159.00 |
| LN 29 | CHILD CARE CREDIT | 0.00 |

```
        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 30300412 R3 BRYA   SP SSN: 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      F1040A  3 of 4
                                          PER RETURN
   LN 30   CREDIT FOR THE ELDERLY                       0.00
   LN 31   EDUCATION CREDIT: F8863                       0.00

   LN 32   RETIREMENT SAVINGS CNTRB CREDIT              0.00
           PRIM RET SAV CNTRB: F8880 LN 6A               0
           SEC RET SAV CNTRB:  F8880 LN 6B               0
   LN 33   CHILD TAX CREDIT                              0.00

   LN 34   ADOPTION CREDIT: F8839                        0.00
   LN 35   TOTAL CREDITS                                 0.00

   LN 37   ADVANCED EARNED INCOME                        0.00
   LN 38   TOTAL TAX LIABILITY  TP FIGURES           2,159.00

           TOT SS/MED WTHLD: F8812 LN 7                  0.00
   LN 39   FEDERAL WITHHOLDING                       1,808.86
   LN 40   ESTIMATED TAX PAYMENTS                        0.00
```

```
        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 30300412 R4 BRYA   SP SSN: 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      F1040A  4 of 4
                                          PER RETURN
   LN 41a   EARNED INCOME CREDIT                         0.00

   LN 41b   NON TXBL COMBAT PAY ELECTION                 0.00
   LN 42    ADDITIONAL CHILD TAX CR: F8812               0.00

   LN 43    TOTAL PAYMENTS                           1,808.86
   LN 45a   REFUND AMOUNT                                0.00
   LN 46    APPLIED TO 2006 ESTIMATED TAX                0.00
   LN 47    AMOUNT DUE                                 350.14

   LN 48    ESTIMATED TAX PENALTY                        0.00
```

Do Not Submit This Form to the IRS Unless Requested To Do So

Form **8879**

Department of the Treasury
Internal Revenue Service

### IRS e-file Signature Authorization

▶ Do not send to the IRS. This is not a tax return.
▶ Keep this form for your records. See instructions.

OMB No. 1545-0074

**2007**

Declaration Control Number (DCN)  00-363323-11550-8

| Taxpayer's name | Social security number |
|---|---|
| BRYANT, SHARON | |
| Spouse's name | 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 |
| | Spouse's social security number |

### Part I   Tax Return Information - Tax Year Ending December 31, 2007 (Whole Dollars Only)

| | | |
|---|---|---:|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) . . . . . . . . . . . . . . . . **1** | 47,219 |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 37; Form 1040EZ, line 10) . . . . . . . . . . . . . . . . **2** | 616 |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 38; Form 1040EZ, line 7) . . . . . **3** | 4,975 |
| 4 | Refund (Form 1040, line 74a; Form 1040A, line 44a; Form 1040EZ, line 11a) . . . . . . . . . . . **4** | 4,359 |
| 5 | Amount you owe (Form 1040, line 76; Form 1040A, line 46; Form 1040EZ, line 12) . . . . . . . . **5** | |

### Part II   Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2007, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize  Jackson Hewitt Tax Service   to enter or generate my PIN   85934
   ERO firm name                                              do not enter all zeros

   as my signature on my tax year 2007 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2007 electronically filed income tax return. Check this box **only**
   if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶                              Date ▶ 01/24/2008

**Spouse's PIN: check one box only**

[ ] I authorize                              to enter or generate my PIN
   ERO firm name                                              do not enter all zeros

   as my signature on my tax year 2007 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2007 electronically filed income tax return. Check this box **only**
   if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶                              Date ▶

### Practitioner PIN Method Returns Only - continue below

### Part III   Certification and Authentication - Practitioner PIN Method Only

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.   36332328821
                                                                                 do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2007 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Publication 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ▶ Rose Limas                              Date ▶ 01/24/2008

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

Form **8879** (2007)

MABA  F 11/16/07

(vertical left margin) BRYANT, SHARON 11550

```
* Form W-2 *                         Relationship        SON
Employer EIN    64-0202140           Dep live wth TP  2
Employer Name   CARSON PIRIE SCOTT II INC   Tot exmpt    3
FedEarnings                          Gross Wages                  47,219
FedWH                         6,183  Total Income                 47,219
SSWages                        210   Total Adjust                  NONE
SSWH                          6,183  Adj Gross Inc                47,219
MediWages                      383
MediWH                        6,183  * Form 1040, Pg 2 *
Employer Num    640202140       90   TP SSN          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
State Wages                          AGI
St Whldg                      6,183  Item/Std Ded                  7,850
                               126   AGI Minus Ded                39,369
                                     Exempt Amount                10,200
* Form W-2 *                         Txbl Income                  29,169
Employer EIN    36-0700810           Tax                           3,816
Employer Name   ACE HARDWARE COPORATION  Total Tax                 3,816
FedEarnings                          Dep Care Credit               1,200
FedWH                        41,036  Child tx Credit               2,000
SSWages                       4,765  Total Credits                 3,200
SSWH                         41,999  Inc Tx Less Cr                  616
MediWages                     2,604  Total Tax                       616
MediWH                       41,999  Fed Tax Whld                  4,975
Employer Num    3607008100003   609  Tot Payments                 4,975
State Wages                          Amt Overpaid                  4,359
St Whldg                     41,036  TP Refund                     4,359
Control Number  1G19174043    1,231  Est Tx Pnlty                   NONE
                                     TP Occupation   CUSTOMER SERVICE REP
* Form 1040, Pg 1 *                  Date Printed    01/24/2008 03:54:50 PM CST
TpDOB           10/01/1966
TP First Name   SHARON               * Form 2441, Pg 1 *
TP Last Name    BRYANT               TP Name         SHARON BRYANT
TP SSN          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          TP SSN          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
Street Address  4438 PRESCOTT AVE APT 4C  Care Provider's  LACONDA BRYANT
City State Zip  LYONS, IL 60534      Address         5012 MILLARD
Federal filing  HOH                  City, State, Zi  CHICAGO, IL 60623
TP Exmpt cbox   YES                  ID Number       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
No of Exmpt     1                    Amount Paid                   7,800
Child Tax Cr    YES                  First Name      MAJOR E
Dependent Name  MAJOR E BRYANT       Last Name       BRYANT
Dependent SSN   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          SSN             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
Relationship    SON                  CY exp incurr                 3,900
Child Tax Cr    YES                  First Name      RICKY R
Dependent Name  RICKY R WILLIAMS     Last Name       WILLIAMS
Dependent SSN   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          SSN             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
```

```
CY exp incurr                        3,900
Qual tot exp                         6,000
Tp EI                               47,219
Sp EI                               47,219
Smallest exp                         6,000
AGI                                 47,219
Credit rate                            .20
Tent child cr                        1,200
Tax from 1040                        3,816
Tax less FTC                         3,816
Child Care Cred                      1,200

* Child Tax Credit *
RtrnFilingName   SHARON BRYANT
TP SSN           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
Num Qual Dep     2
AGI                                 47,219
MAGI                                47,219
MAGI Limit                          75,000
MAGI exceeds th  No
PhaseOut                                 0
CreditLsLimit                        2,000
Tax                                  3,816
ChildEldrlyEdCr                      1,200
Checkbox for ad  No
Other Credits                        1,200
TaxLsOthCredits                      2,616
Credit Limit                         2,000
```

# 1040

## Department of the Treasury—Internal Revenue Service

## U.S. Individual Income Tax Return    2007    IRS Use Only - Do not write or staple in this space.

For the year Jan. 1 - Dec. 31, 2007, or other tax year beginning _____ ending _____    OMB No. 1545-0074

**Label**
(See instructions.)
Use the IRS label.
Otherwise, please print or type.

Your first name and initial: **SHARON**    Last name: **BRYANT**

Your social security number: **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**

If a joint return, spouse's first name and initial    Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.

**4438 PRESCOTT AVE APT 4C**

▲ You must enter your SSN(s) above. ▲

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.

**LYONS, IL 60534**

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions)

**Filing Status**
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See instr.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see instr)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse

Boxes checked on 6a and 6b: **1**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instr) |
|---|---|---|---|
| MAJOR E BRYANT | 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 | SON | ☒ |
|  | 533-   -1385 | SON | ☒ |
|  |  |  | ☐ |
|  |  |  | ☐ |

No. of children on 6c who:
• lived with you **2**
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

If more than four dependents, see instructions.

d Total number of exemptions claimed

Add numbers on lines above ▶ **3**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . | 7 | 47,219
8a Taxable interest. Attach Schedule B if required . . . . . . . . | 8a |
b Tax-exempt interest. Do not include on line 8a . . . | 8b |
9a Ordinary dividends. Attach Schedule B if required . . . . . . | 9a |
b Qualified dividends (see instructions) . . . . . | 9b |
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . . . . | 10 |
11 Alimony received . . . . . . . . . . . . . . . . . . . . | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ . . . . | 12 |
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |
14 Other gains or (losses). Attach Form 4797 . . . . . . . . . | 14 |
15a IRA distributions . . . . | 15a |    b Taxable amount (see instr). | 15b |
16a Pensions and annuities . . . | 16a |    b Taxable amount (see instr). | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
18 Farm income or (loss). Attach Schedule F . . . . . . . . . | 18 |
19 Unemployment compensation . . . . . . . . . . . . . . | 19 |
20a Social security benefits . . | 20a |    b Taxable amount (see instr). | 20b |
21 Other income. List type and amount (see instructions) | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income.** ▶ | 22 | 47,219

**Adjusted Gross Income**

23 Educator expenses (see instructions) . . . . . . . . | 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . | 24 |
25 Health savings account deduction. Attach Form 8889 . . . . | 25 |
26 Moving expenses. Attach Form 3903 . . . . . . . . . . | 26 |
27 One-half of self-employment tax. Attach Schedule SE . . . . | 27 |
28 Self-employed SEP, SIMPLE, and qualified plans . . . . . | 28 |
29 Self-employed health insurance deduction (see instructions) . | 29 |
30 Penalty on early withdrawal of savings . . . . . . . . . | 30 |
31a Alimony paid    b Recipient's SSN ▶ | 31a |
32 IRA deduction (see instructions) . . . . . . . . . . . | 32 |
33 Student loan interest deduction (see instructions) . . . . . . | 33 |
34 Tuition and fees deduction. Attach Form 8917 . . . . . . . | 34 |
35 Domestic production activities deduction. Attach Form 8903 . . | 35 |
36 Add lines 23 through 31a and 32 through 35 . . . . . . . . . . . | 36 | NONE
37 Subtract line 36 from line 22. This is your **adjusted gross income** . . . ▶ | 37 | 47,219

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

MXA    F 11/5/07    Form **1040** (2007)

REFERENCE COPY - DO NOT FILE

**Do Not Submit This Form to the IRS Unless Requested To Do So**

| Form **8879** | | IRS e-file Signature Authorization | OMB No. 1545-0074 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶Do not send to the IRS. This is not a tax return. ▶Keep this form for your records. See instructions. | **2006** |

Declaration Control Number (DCN) ▶ 00-363323-14113-7

| Taxpayer's name | Social security number |
|---|---|
| BRYANT, SHARON | |
| Spouse's name | 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 |
| | Spouse's social security number |

### Part I   Tax Return Information - Tax Year Ending December 31, 2006 (Whole Dollars Only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) . . . . . . . . . . . . . . . | 1 | 46,494 |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 37; Form 1040EZ, line 11) . . . . . . . . . . | 2 | 616 |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 38; Form 1040EZ, line 7) . . . . . | 3 | 5,270 |
| 4 | Refund (Form 1040, line 74a; Form 1040A, line 45a; Form 1040EZ, line 12a; Form 1040EZ-T, line 1a) . . . | 4 | 4,704 |
| 5 | Amount you owe (Form 1040, line 76; Form 1040A, line 47; Form 1040EZ, line 13) . . . . . . . . . | 5 | |

### Part II   Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return or request for refund and accompanying schedules and statements for the tax year ending December 31, 2006, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return or request for refund. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return or request to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return or request for refund and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize   Jackson Hewitt Tax Service   to enter or generate my PIN   85934
              ERO firm name                                  do not enter all zeros

    as my signature on my tax year 2006 electronically filed income tax return or request for refund.

[ ] I will enter my PIN as my signature on my tax year 2006 electronically filed income tax return or request for refund. Check this box only if you are entering your own PIN and your return or request is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶                                     Date ▶ 01/25/2007

**Spouse's PIN: check one box only**

[ ] I authorize   _____   to enter or generate my PIN   _____
              ERO firm name                                  do not enter all zeros

    as my signature on my tax year 2006 electronically filed income tax return or request for refund.

[ ] I will enter my PIN as my signature on my tax year 2006 electronically filed income tax return or request for refund. Check this box only if you are entering your own PIN and your return or request is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶                                 Date ▶

### Practitioner PIN Method Returns Only - continue below

### Part III   Certification and Authentication - Practitioner PIN Method Only

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. ▶   36332387614
                                                          do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2006 electronically filed income tax return or request for refund for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Publication 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ▶                                   Date ▶ 01/25/2007

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Privacy Act and Paperwork Reduction Act Notice, see instructions.                      Form **8879** (2006)

MXAP  F 11/10/06

```
* Form W-2 *                              Gross Wages                       46,494
Employer EIN    36-0700810                Total Income                      46,494
Employer Name   ACE HARDWARE CORPORATION  Total Adjust                        NONE
FedEarnings                    40,547     Adj Gross Inc                     46,494
FedWH                           5,012
SSWages                        40,547     * Form 1040, Pg 2 *
SSWH                            2,514      TP SSN        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
MediWages                      40,547      AGI                              46,494
MediWH                            588      Item/Std Ded                      7,550
State Wages                    40,547      AGI Minus Ded                    38,944
St Whldg                        1,216      Exempt Amount                     9,900
                                           Txbl Income                      29,044
* Form W-2 *                               Total Tax                         3,816
Employer EIN    63-0680839                 Total Tax                         3,816
Employer Name   CARSON PIRIE SCOTT LLC     Dep Care Credit                   1,200
FedEarnings                     5,947      Child tx Credit                   2,000
FedWH                             258      Total Credits                     3,200
SSWages                         5,947      Inc Tx Less Cr                      616
SSWH                              369      Total Tax                           616
MediWages                       5,947      Fed Tax Whld                      5,270
MediWH                             86      Fed Tel Tax Cr                       50
State Wages                     5,947      Tot Payments                      5,320
St Whldg                          119      Amt Overpaid                      4,704
                                           TP Refund                         4,704
* Form 1040, Pg 1 *                        Est Tx Pnlty                        NONE
TpDOB           10/01/1966                 TP Occupation    CUSTOMER SERVICE REP
TP First Name   SHARON                     TP Phone Number  (708) 602-6644
TP Last Name    BRYANT                     Date Printed     01/25/2007
TP SSN          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
Street Address  4438 PRESCOTT AVE APT4C    * Form 2441, Pg 1 *
City State Zip  LYONS, IL 60534            TP Name          SHARON BRYANT
Federal filing  HOH                        TP SSN           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
TP Exmpt cbox   YES                        Care Provider's  LACONDA BRYANT
No of Exmpt     1                          Address          5012 MILLARD
Child Tax Cr    YES                        City, State, Zi  CHICAGO, IL 60623
Dependent Name  AARON WILLIAMS             ID Number        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
Dependent SSN   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                Amount Paid                       7,200
Relationship    SON                        First Name       AARON
Child Tax Cr    YES                        Last Name        WILLIAMS
Dependent Name  MAJOR E BRYANT             SSN              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
Dependent SSN   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                CY exp incurr                     3,600
Relationship    SON                        First Name       MAJOR E
Dep live wth TP 2                          Last Name        BRYANT
Tot exmpt       3                          SSN              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
                                           CY exp incurr                     3,600
```

Qual tot exp                                6,000
Tp EI                                      46,494
Sp EI                                      46,494
Smallest exp                                6,000
AGI                                        46,494
Credit rate                                   .20
Tent child cr                               1,200
Tax less FTC                                3,816
Child Care Cred                             1,200

* Child Tax Credit *
RtrnFilingName   SHARON BRYANT
TP SSN           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
Num Qual Dep     2
AGI                                        46,494
MAGI                                       46,494
MAGI Limit                                 75,000
MAGI exceeds th  No
PhaseOut                                         0
CreditLsLimit                               2,000
Tax                                         3,816
ChildEldrlyEdCr                             1,200
Checkbox for ad  No
Other Credits                               1,200
TaxLsOthCredits                             2,616
Credit Limit                                2,000

# Form 1040

**Department of the Treasury—Internal Revenue Service**

**U.S. Individual Income Tax Return** **2005** (99)   IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2005, or other tax year beginning _____ , ending _____   OMB No. 1545-0074

| Label | | |
|---|---|---|
| (See instructions.) | Your first name and initial: **SHARON** | Last name: **BRYANT** | Your social security number: **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** |

If a joint return, spouse's first name and initial _____ Last name _____   Spouse's social security number _____

Home address (number and street). If you have a P.O. box, see instructions.  **8016 EDGEWATER RD APT 1**   Apt. no. _____

**You must enter your SSN(s) above.** ▲

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.  **NORTH RIVERSIDE, IL 60546**

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ □ You □ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**
Check only one box.

1 □ Single
2 □ Married filing jointly (even if only one had income)
3 □ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See instr.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 □ Qualifying widow(er) with dependent child (see instr.)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b □ Spouse

| Boxes checked on 6a and 6b | 1 |
|---|---|

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instr.) |
|---|---|---|---|
| AARON WILLIAMS | 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 | SON | ☒ |
| ALEC BRYANT | 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 | SON | ☒ |
| | | | □ |
| | | | □ |

No. of children on 6c who:
● lived with you **2**
● did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above

If more than four dependents, see instructions.

d Total number of exemptions claimed — Add numbers on lines above ▶ **3**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 40,697 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see instructions) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ □ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | | b Taxable amount (see instr.) | 15b | |
| 16a | Pensions and annuities | 16a | | b Taxable amount (see instr.) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | | b Taxable amount (see instr.) | 20b | |
| 21 | Other income. List type and amount (see instructions) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 40,697 |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see instructions) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see instructions) | 32 | |
| 33 | Student loan interest deduction (see instructions) | 33 | |
| 34 | Tuition and fees deduction (see instructions) | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | NONE |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 40,697 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**

MXA  F 11/07/05   Form **1040** (2005)

REFERENCE COPY - DO NOT FILE

Form 1040 (2005) SHARON BRUNO                                                  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        Page **2**

| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | | 38 | 40,697 |
|---|---|---|---|---|---|

**Standard Deduction for -**

39 a Check if: ☐ **You** were born before January 2, 1941, ☐ Blind. } Total boxes
☐ **Spouse** was born before January 2, 1941. ☐ Blind. } checked ▶ 39a ☐

b If your spouse itemizes on a separate return or you were a dual-status alien, see instr and check here ▶39b ☐

- People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $5,000

Married filing jointly or Qualifying widow(er), $10,000

Head of household, $7,300

| 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | 40 | 7,300 |
|---|---|---|---|
| 41 | Subtract line 40 from line 38 | 41 | 33,397 |
| 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | 42 | 9,600 |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 23,797 |
| 44 | **Tax** (see instructions). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | 44 | 3,044 |
| 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| 46 | Add lines 44 and 45 ▶ | 46 | 3,044 |
| 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | 660 |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| 50 | Education credits. Attach Form 8863 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| 52 | Child tax credit (see instructions). Attach Form 8901 if required | 52 | 2,000 |
| 53 | Adoption credit. Attach Form 8839 | 53 | |
| 54 | Credits from: **a** ☐ Form 8396 **b** ☐ Form 8859 | 54 | |
| 55 | Other credits. Check applicable box(es): **a** ☐ Form 3800 **b** ☐ Form 8801 **c** ☐ Form _____ | 55 | |
| 56 | Add lines 47 through 55. These are your total credits | 56 | 2,660 |

| Other Taxes | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 384 |
|---|---|---|---|---|
| | 58 | Self-employment tax. Attach Schedule SE | 58 | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ | 63 | 384 |

| Payments | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 4,883 | | |
|---|---|---|---|---|---|---|
| If you have a qualifying child, attach Schedule EIC. | 65 | 2005 estimated tax payments and amount applied from 2004 return | 65 | | | |
| | 66a | **Earned income credit (EIC)** | 66a | | | |
| | b | Nontaxable combat pay election ▶ | 66b | | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 67 | | | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | | | |
| | 69 | Amount paid with request for extension to file (see instructions) | 69 | | | |
| | 70 | Payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 | 70 | | | |
| | 71 | Add lines 64, 65, 66a, and 67 through 70. These are your **total payments** ▶ | | 71 | 4,883 |

| Refund | 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you **overpaid** | 72 | 4,499 |
|---|---|---|---|---|
| Direct deposit? See instructions ▶ and fill in 73b, 73c, and 73d. | 73a | Amount of line 72 you want **refunded to you.** ▶ | 73a | 4,499 |
| | b | Routing number _____ ▶c Type: ☐ Checking ☐ Savings | | |
| | d | Account number _____ | | |
| | 74 | Amount of line 72 you want **applied to your 2006 estimated tax** ▶ | 74 | | |

| Amount You Owe | 75 | **Amount you owe.** Subtract line 71 from line 63. For details on how to pay, see instructions ▶ | 75 | |
|---|---|---|---|---|
| | 76 | Estimated tax penalty (see instructions) | 76 | NONE |

**Third Party Designee** Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete the following. ☐ No

Designee's name _____ Phone no. ▶ _____ Personal identification number (PIN) _____

| Sign Here | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
|---|---|

Joint return? See instructions. Keep a copy for your records.

Your signature ▶ **Elizabeth Bruno** Date _____ Your occupation **CUSTOMER SERVICE REP** Daytime phone number (708) 338-9365

Spouse's signature. If a joint return, **both** must sign. Date _____ Spouse's occupation _____

| Paid Preparer's Use Only | Preparer's signature ▶ | | Date _____ | Check if self-employed ☐ | Preparer's SSN or PTIN 11423 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | Jackson Hewitt Tax Service 6510 W. Cermak Rd. Berwyn    IL    60402 | | EIN 36-3674363 Phone no. (708) 795-7925 | |

F 11/07/05

Date Printed: 01/29/2006      Form **1040** (2005)

REFERENCE COPY - DO NOT FILE

Tax Year: 2005   Case 08-33104   Doc 1   Filed 12/04/08   Entered 12/04/08 08:16:32   Desc Main
Primary : 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   SHARON BRYANT   Federal Return Recap Document   Page 62 of 67

C
Page: 1

```
* Form W-2 *                              Child Tax Cr      YES
Employer EIN    36-0700810                Tot exmpt         3
Employer Name   ACE HARDWARE COPORATION   Gross Wages
FedEarnings                               Total Income              40,697
FedWH                     37,120          Total Adjust             40,697
SSWages                    4,699          Adj Gross Inc             NONE
SSWH                      37,637                                   40,697
MediWages                  2,333          * Form 1040, Pg 2 *
MediWH                    37,637          TP SSN      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
Employer Num    IL          546           AGI
State Wages                               Item/Std Ded             40,697
St Whldg                  37,120          AGI Minus Ded             7,300
                           1,114          Exempt Amount            33,397
                                          Txbl Income               9,600
* Form W-2 *                              Total Tax                23,797
Employer EIN    62-0331040                Total Tax                 3,044
Employer Name   SAKS INCORPORATED         Dep Care Credit           3,044
FedEarnings                               Child tx Credit             660
FedWH                      3,577          Total Credits             2,000
SSWages                     184           Inc Tx Less Cr            2,660
SSWH                       3,577          Total Tax                   384
MediWages                   222           Fed Tax Whld                384
MediWH                     3,577          Tot Payments              4,883
Employer Num    IL           52           Amt Overpaid              4,883
State Wages                               TP Refund                 4,499
St Whldg                   3,577          Est Tx Pnlty              4,499
                             72           TP Occupation   CUSTOMER SERVICE REP    NONE
                                          Date Printed    01/29/2006
* Form 1040, Pg 1 *
TpDOB           10/01/1966                * Form 2441, Pg 1 *
TP First Name   SHARON                    TP Name      SHARON BRYANT
TP Last Name    BRYANT                    TP SSN       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
TP SSN          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               Care Provider's  LACONDA BRYANT
Street Address  8016 EDGEWATER RD APT 1   Address      5012 MILLARD
City State Zip  NORTH RIVERSIDE, IL 60546 City, State, Zi  CHICAGO, IL 60623
Federal filing  HOH                       ID Number    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
TP Exmpt cbox   YES                       Amount Paid
No of Exmpt     1                         First Name   AARON            3,600
Dep live wth TP 2                         Last Name    WILLIAMS
Dependent Name  AARON WILLIAMS            SSN          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
Dependent SSN   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               CY exp incurr
Relationship    SON                       Qual tot exp                  3,600
Child Tax Cr    YES                       Tp EI                         3,000
Dependent Name  MAJOR E BRYANT            Sp EI                        41,213
Dependent SSN   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               Smallest exp                 41,213
Relationship    SON                                                     3,000
```

```
    AGI
    Credit rate                        40,697
    Tent child cr                         .22
    Tax less FTC                          660
    Child Care Cred                     3,044
                                          660

    * Child Tax Credit *
    RtrnFilingName    SHARON BRYANT
    TP SSN            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
    Num Qual Dep      2
    AGI
    MAGI                               40,697
    MAGI Limit                         40,697
    MAGI exceeds th   No               75,000
    PhaseOut
    CreditLsLimit                           0
    Tax                                 2,000
    ChildEldrlyEdCr                     3,044
    Checkbox for ad   No                  660
    Other Credits
    TaxLsOthCredits                       660
    Credit Limit                        2,384
                                        2,000
```

Form 1040A (2004)      Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax, credits, and payments** | 22 | Enter the amount from line 21 (adjusted gross income). | 22 | 4,... 19 |

**Standard Deduction for—**

- People who checked any box on line 23a or 23b **or** who can be claimed as a dependent, see page 31.
- All others:

Single or Married filing separately, $4,850

Married filing jointly or Qualifying widow(er), $9,700

Head of household, $7,150

| | | |
|---|---|---|
| 23a | Check if: ☐ You were born before January 2, 1940, ☐ Blind } **Total boxes** ☐ Spouse was born before January 2, 1940, ☐ Blind } **checked ▶** 23a | |
| b | If you are married filing separately and your spouse itemizes deductions, see page 30 and check here ▶ 23b ☐ | |
| 24 | Enter your **standard deduction** (see left margin). | 24   1,100 00 |
| 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25   33,450 19 |
| 26 | If line 22 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 22 is over $107,025, see the worksheet on page 32. | 26   ... 00 |
| 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income.** ▶ | 27   27,350 19 |
| 28 | **Tax,** including any alternative minimum tax (see page 31). | 28   3,581 00 |
| 29 | Credit for child and dependent care expenses. Attach Schedule 2.    29   0 | 3,581. 00 |
| 30 | Credit for the elderly or the disabled. Attach Schedule 3.    30   0 | |
| 31 | Education credits. Attach Form 8863.    31   0 | |
| 32 | Retirement savings contributions credit. Attach Form 8880.    32   0 | |
| 33 | Child tax credit (see page 36).    33   0 | |
| 34 | Adoption credit. Attach Form 8839.    34   0 | |
| 35 | Add lines 29 through 34. These are your **total credits.** | 35   3,581 00 |
| 36 | Subtract line 35 from line 28. If line 35 is more than line 28, enter -0-. | 36   3,581. |
| 37 | Advance earned income credit payments from Form(s) W-2. | 37   0 |
| 38 | Add lines 36 and 37. This is your **total tax.** ▶ | 38   |

If you have a qualifying child, attach Schedule EIC.

| | | |
|---|---|---|
| 39 | Federal income tax withheld from Forms W-2 and 1099.   39   4,126 56 | 3,581.00 |
| 40 | 2004 estimated tax payments and amount applied from 2003 return.   40   0 | |
| 41a | **Earned income credit (EIC).**   41a   0 | |
| b | Nontaxable combat pay election.   41b   | |
| 42 | Additional child tax credit. Attach Form 8812.   42   0 | |
| 43 | Add lines 39, 40, 41a, and 42. These are your **total payments.** ▶ | 43   4,126 56 |

**Refund**

Direct deposit? See page 50 and fill in 45b, 45c, and 45d.

| | | |
|---|---|---|
| 44 | If line 43 is more than line 38, subtract line 38 from line 43. This is the amount you **overpaid.** | 44   539 56 |
| 45a | Amount of line 44 you want **refunded to you.** ▶ | 45a |
| ▶ b | Routing number ☐☐☐☐☐☐☐☐☐   ▶ c Type: ☐ Checking ☐ Savings | |
| ▶ d | Account number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | |
| 46 | Amount of line 44 you want **applied to your 2005 estimated tax.**   46 | |

**Amount you owe**

| | | |
|---|---|---|
| 47 | **Amount you owe.** Subtract line 43 from line 38. For details on how to pay, see page 51. ▶ | 47 |
| 48 | Estimated tax penalty (see page 51).   48 | |

**Third party designee**

Do you want to allow another person to discuss this return with the IRS (see page 52)? ☐ **Yes.** Complete the following. ☐ **No**

Designee's name ▶    Phone no. ▶ ( )    Personal identification number (PIN) ▶ ☐☐☐☐☐

**Sign here**

Joint return? See page 18.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |

**Paid preparer's use only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | Phone no. ( ) | |

Form **1040A** (2004)

Certificate Number: 00437-ILN-CC-005443693

# CERTIFICATE OF COUNSELING

I CERTIFY that on November 18, 2008 _____ , at 4:15 _____ o'clock PM MST _____ ,

Major L Bryant _____ received from

Black Hills Children's Ranch, Inc. _____ ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois _____ , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared ____ . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone _____ .


Date: November 18, 2008 _____        By    /s/Rhonda Bossman _____

                                        Name   Rhonda Bossman _____

                                        Title   Credit Counselor _____


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 00437-ILN-CC-005443531

## CERTIFICATE OF COUNSELING

I CERTIFY that on November 18, 2008 , at 4:04 o'clock PM MST ,

Sharon Bryant received from

Black Hills Children's Ranch, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone .

Date: November 18, 2008        By    /s/Vera Gell

Name   Vera Gell

Title   Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

United States Bankruptcy Court
Northern District of Illinois

IN RE:

Bryant, Major L & Willis-Bryant, Sharon D

_____
Debtor(s)

Case No. _____

Chapter **13**

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER
A. To be completed in all cases.                                   Date: **November 18, 2008**

I (We) **Major L Bryant**                          and **Sharon D Willis-Bryant**                          , the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our) attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☐  I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐  I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _Major L. Bryant_
(Debtor or Corporate Officer, Partner or Member)

Signature: _Sharon D Willis Bryant_
(Joint Debtor)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only